attorneys granted. Order signed. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

In the Matter of the Application of HARRY J. S. BROWNE for the Correction of a Clerical Error Made in the Signing of a Petition Designating Him as a Candidate for Election to Party Position of a Member of the Democratic County Committee of the County of Suffolk. HARRY A. DAVIDOW, Appellant; HARRY J. S. BROWNE and THE BOARD OF ELECTIONS OF SUFFOLK COUNTY, Respondents.— Order granting petitioner's motion to direct the board of elections of Suffolk county to place his name on the primary ballot as a candidate for member of the Democratic county committee in the nineteenth election district of the town of Brookhaven, Suffolk county, affirmed. No opinion. Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ., concur.

In the Matter of the Petition of HARRY A. DAVIDOW for an Order Restraining the BOARD OF ELECTIONS OF SUFFOLK COUNTY from Placing the Names of ALBERT H. ATKINSON and HERMAN P. HAWKINS upon the 1936 Spring Primary Election Ballot. HARRY A. DAVIDOW, Appellant; ALBERT H. ATKINSON and HERMAN P. HAWKINS and BOARD OF ELECTIONS OF SUFFOLK COUNTY, Respondents.— Order denying petitioner's motion to enjoin the board of elections of Suffolk county from placing the names of Herman P. Hawkins and Albert H. Atkinson on the primary ballot as candidates for member of the Democratic committee in the fifth election district of the town of Brookhaven, Suffolk county, affirmed. No opinion. Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ., concur.

In the Matter of the Application of CLIFFORD G. HAWKINS for the Correction of a Clerical Error Made in the Signing of a Petition Designating Him and Also HARRY LAWRENCE as Candidates for Election to Party Position of Members of the Democratic County Committee of the County of Suffolk. HARRY A. DAVIDOW, Appellant; CLIFFORD G. HAWKINS and THE BOARD OF ELECTIONS OF SUFFOLK COUNTY, Respondents.— Order granting petitioner's motion to direct the board of elections of Suffolk county to place the names of Clifford G. Hawkins and Harry Lawrence on the primary ballot as candidates for member of the Democratic county committee in the twenty-ninth election district of the town of Brookhaven, Suffolk county, affirmed. No opinion. Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ., concur.

In the Matter of the Application of BURRELL D. MARCH and EDWARD C. BARKER for an Order Requiring the ELECTION COMMISSIONERS OF THE COUNTY OF SUFFOLK to Place Their Names upon the Primary Ballot for the Sixth Election District of the Town of Brookhaven, Suffolk county, N. Y. HARRY A. DAVIDOW, Appellant; BURRELL D. MARCH, EDWARD C. BARKER and BOARD OF ELECTIONS OF SUFFOLK COUNTY, Respondents.— Order granting petitioners' motion to direct the board of elections of Suffolk county to place their names on the primary ballot as candidates for member of the Democratic county committee in the sixth election district of the town of Brookhaven, Suffolk county, affirmed. No opinion. Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ., concur.

In the Matter of the Application of JOHN T. PAYNE and ALEXANDER J. DANOWSKI for the Correction of a Clerical Error Made in the Signing of a Petition Designating Them as Candidates for Election to Party Position as Members of the Democratic County Committee of the County of Suffolk. JOHN T. PAYNE and ALEXANDER J. DANOWSKI, Appellants; HARRY A. DAVIDOW and THE BOARD OF ELECTIONS OF